No. 82–6720. OGROD *v.* TOMLINSON COURT APARTMENTS. Appeal from C. A. 3d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition

804

for writ of certiorari, certiorari denied. 

No. 82–6721. OGROD ET AL. v. SCHOOL DISTRICT OF PHILA-
DELPHIA. Appeal from C. A. 3d Cir. dismissed for want of juris-
diction. Treating the papers whereon the appeal was taken as a
petition for writ of certiorari, certiorari denied. 